Argued and submitted March 10, reversed and remanded April 7, 1999

Christopher Cole BEAMAN,
*Appellant,*

*v.*

MT. HOOD MEADOWS OREG.,
LIMITED PARTNERSHIP,
an Oregon limited partnership,
*Respondent.*

(9703-02123; CA A101018)

978 P2d 415

Michael H. Bloom argued the cause and filed the briefs for appellant.

Brad C. Stanford argued the cause for respondent. With him on the brief was Farleigh, Wada & Witt.

Before Edmonds, Presiding Judge, and Armstrong and Kistler, Judges.

PER CURIAM

Reversed and remanded. *Steele v. Mt. Hood Meadows,* 159 Or App 272, 974 P2d 794 (1999).